THE PEOPLE OF THE STATE OF NEW YORK ex rel. SYLVESTER D. BALDWIN, Appellant, *v.* WILLIAM McADOO, as Police Commissioner of the City of New York, Respondent.

*People ex rel. Baldwin* v. *McAdoo,* 110 App. Div. 432, appeal dismissed.
(Submitted November 26, 1907; decided December 3, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 8, 1905, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel the defendant to reinstate the relator in the office of inspector of police in the police department of the city of New York.

*Thomas F. Magner* for appellant.

*Francis K. Pendleton, Corporation Counsel (Theodore Connoly* and *Terence Farley* of counsel), for respondent.

Appeal dismissed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.

---

ERNEST C. WHITBECK, as Trustee in Bankruptcy of NEWTON L. ENGLISH et al., Composing the Firm of ENGLISH & DE YOUNG, Respondent, *v.* ANNA E. ENGLISH, Appellant, Impleaded with Another.

*Whitbeck* v. *English,* 119 App. Div. 913, appeal dismissed.
(Submitted November 25, 1907; decided December 3, 1907.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 6, 1907, affirming a judgment in favor of plaintiff entered upon the report of a referee.

The motion was made upon the ground that the judgment appealed from unanimously affirmed a judgment described in subdivision 2 of section 191 of the Code of Civil Procedure.

*William A. Sutherland* for motion.

*J. P. O'Connor* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.